**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-7898**

_____

MUSHTAQ AL SAEDI,

            Plaintiff - Appellant,

        v.

UNKNOWN,

            Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Anthony John Trenga, District Judge.  (1:19-cv-01387-AJT-IDD)

_____

Submitted:  February 18, 2020                          Decided:  February 21, 2020

_____

Before MOTZ, HARRIS, and QUATTLEBAUM, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mushtaq Al Saedi, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mushtaq Al Saedi appeals the district court's order dismissing his civil action as improvidently granted. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Al Saedi's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*